COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number: _01-20-00722-CV_

Trial Court Cause
Number: _2018-05250J_

Style: _In the Interest of A.F. a/k/a A.N.F., A Child_

Date motion filed*: _8/23/2021_

Type of motion: _Unopposed Motion for Extension of Time to File First Amended Appellant's Brief_

Party filing motion: _Appellant, L.Y.N._

Document to be filed: _First Amended Appellant's Brief_

Is appeal accelerated? ☒ Yes ☐ No

If motion to extend time:

    Original due date: _8/23/2021_

    Number of previous extensions granted: _N/A_

    Date Requested: _9/14/2021_

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document **due**: _9/14/2021_

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _Appellee's brief is **due** October 4, 2021._

                _Appellant's response brief, if any, is **due** October 11, 2021._

Judge's signature: _/s/ Peter Kelly_
                 ☒ Acting individually    ☐ Acting for the Court

Date: _September 2, 2021_